JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID N. BRODMANN,<br><br>      Plaintiff,<br><br>  vs.<br><br>SALVATION ARMY, INC., a California corporation; MARK NELSON, an individual; and, DOES 1 through 100, inclusive,<br><br>      Defendants. | Case No. 15-cv-00834-MWF-JCG<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Dist. Judge: Hon. Michael W. Fitzgerald<br>Mag. Judge: Hon. Jay C. Gandhi |

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered:

1. The action is voluntarily dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and

2. All parties shall bear their own costs and fees.

**IT IS SO ORDERED:**

Dated: November 25, 2015

_____
HON. MICHAEL W. FITZGERALD

1

Brodmann v. Salvation Army, Inc., et al.　　　　Case No. 15-cv-00834-MWF-JCG
[Proposed] Order of Dismissal With Prejudice